IN THE MATTER OF: JESSICA YVONNE BAILEY AND AMANDA MARIE CROOM

No. 865DC607

(Filed 17 February 1987)

APPEAL by respondents from *Burnett, Judge.* Orders entered 4 February 1986 in District Court, NEW HANOVER County. Heard in the Court of Appeals 9 December 1986.

*Attorney General Lacy H. Thornburg, by Assistant Attorney General David Gordon, for the State.*

*Jeffrey R. Baker for respondents, appellants.*

HEDRICK, Chief Judge.

For further details in these two cases, see the opinion, No. 865DC713, filed simultaneously with this decision. For the reasons stated therein, the adjudicatory and dispositional orders entered herein are vacated, and the judgments in these cases will be arrested.

Judgments arrested.

Judges JOHNSON and GREENE concur.